COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

# ORDER ON MOTION

Case number: 01-11-01125-CR

Style: *Elisa Merrill Wilson v. The State of Texas*

Date motion filed: January 15, 2015

Party filing motion: Appellant

Appellant's motion for leave to file supplemental brief on remand is **granted**. The State's response, if any, is due by **February 10, 2015**.

Judge's signature: /s/ Jane Bland
                              Acting individually

Panel consists of Chief Justice Radack and Justices Bland and Huddle.

Date: January 22, 2015